

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30 P 4:29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD R. PURYEAR and KATHERINE P. BROUSSEAU, Plaintiffs, | * | CIVIL ACTION |
| | * | NO. 03-CV-03490 |
| VERSUS | * | SECTION L; MAG. 2 |
| NESS, MOTLEY, P.A., INC., MOTLEY RICE L.L.C., ET AL., Defendants. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs RICHARD R. PURYEAR and KATHERINE PURYEAR BROUSSEAU (collectively "Plaintiffs") and Defendants NESS, MOTLEY, P.A., INC., MOTLEY RICE L.L.C., TWIN CITY FIRE INSURANCE COMPANY and

///

///

///

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

LIBERTY MUTUAL INSURANCE COMPANY (collectively the "Defendants") hereby agree to the dismissal of Plaintiffs' claims against all Defendants with prejudice.

Respectfully submitted,

_____
GEORGE R. COVERT (# 4501)
9035 Bluebonnet Boulevard, Suite 2
Baton Rouge, Louisiana 70810
Telephone: (225) 767-3591
Facsimile: (225) 767-3594
Attorney for Plaintiffs
RICHARD R. PURYEAR and KATHERINE PURYEAR BROUSSEAU

_____
RICHARD C. STANLEY (# 8487)
WILLIAM M. ROSS (# 27064)
**STANLEY, FLANAGAN & REUTER, L.L.C.**
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
Attorneys for Defendants
NESS, MOTLEY, P.A., INC. and MOTLEY RICE L.L.C.

_____
JAMES M. GARNER (# 19589), T.A.
JOSHUA S. FORCE (# 21975)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for Defendants
TWIN CITY FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record via United States Mail, postage prepaid and properly addressed, this 30th day of June 2006.

_____
JOSHUA S. FORCE