```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2006 JUL 18  AM 7: 42

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD R. PURYEAR and<br>KATHERINE P. BROUSSEAU,<br>       Plaintiffs, | * | CIVIL ACTION |
| | * | NO. 03-CV-03490 |
| VERSUS | * | SECTION L; MAG. 2 |
| NESS, MOTLEY, P.A., INC.,<br>MOTLEY RICE L.L.C., ET AL.,<br>       Defendants. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE<br>WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE

**CONSIDERING** the foregoing Unopposed *Ex Parte* Motion for Entry of Amended Order of Dismissal with Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that, in accordance with Federal Rule of Civil Procedure 41(a)(1), the claims of Plaintiffs RICHARD R. PURYEAR and KATHERINE PURYEAR BROUSSEAU against Defendants NESS, MOTLEY, P.A., INC., MOTLEY RICE L.L.C., TWIN

/ / /

/ / /

/ / /

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No____
```

CITY FIRE INSURANCE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY are hereby dismissed with prejudice and with all parties to bear their own costs.

New Orleans, Louisiana, this 12 day of July 2006.

ELDON E. FALLON, U.S.D.J.